**Larry Arnold YOUNG, Petitioner—Appellant,**

v.

**Patricia R. STANSBERRY, Warden, Respondent—Appellee.**

No. 09–8174.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 23, 2010.

Larry Arnold Young, Appellant Pro Se.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Arnold Young seeks to appeal the district court's order directing Young to provide evidence that he exhausted his administrative remedies and to pay the filing fee or his 28 U.S.C. § 2241 (2006) petition would be dismissed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Young seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*